## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RAPHAEL DONNELL                                                              PETITIONER
Reg. #20191-045

v.                                              NO. 2:14CV00147 JLH/JTR

C.V. RIVERA, Warden,
FCI-Forrest City                                                            RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 22nd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE