# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RAPHAEL DONNELL                                                                                    PETITIONER
Reg. #20191-045

v.                                          NO. 2:14CV00147 JLH/JTR

C.V. RIVERA, Warden,
FCI-Forrest City                                                                                   RESPONDENT

## ORDER

On April 1, 2015, United States Magistrate Judge J. Thomas Ray entered Proposed Findings and Recommended Disposition in which he recommended that the petition for writ of habeas corpus filed by Raphael L. Donnell be denied and the case be dismissed without prejudice. On April 22, 2015, this Court entered an Order and a Judgment adopting the Proposed Findings and Recommended Disposition in dismissing Donnell's petition without prejudice. On April 24, 2015, the Court received objections by Donnell. Assuming that those objections were timely filed under the prisoner mailbox rule, after a *de novo* review, the Court again concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. An Amended Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Raphael L. Donnell is DENIED, and this case is DISMISSED without prejudice. No certificate of appealability will be issued.

DATED this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE