**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RAPHAEL DONNELL                                                                                          PETITIONER
Reg. #20191-045

v.                                          NO. 2:14CV00147 JLH/JTR

C.V. RIVERA, Warden,
FCI-Forrest City                                                                                              RESPONDENT

**AMENDED JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE. No certificate of appealability will be issued.

DATED this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE